**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                                 CHAPTER 13 CASE NO.:

KELLY L. LINVILLE                                                                 20-12349-JDW

## FINAL ORDER OF DISMISSAL

THIS MATTER came before the Court on the request of the Trustee for the dismissal of this case. The Agreed Order Overruling in Part Objection to Confirmation of Second Amended Chapter 13 Plan (Dkt. #20) (Dkt. #27) (the "Agreed Order") required that the Debtor remit guaranteed funds in the amount of $3,160.00 to the Trustee on or before September 30, 2020, failing which this case may be dismissed. The Debtor failed to comply with the terms of the Agreed Order and; therefore, this case is subject to dismissal. The request of the Trustee is hereby approved.

IT IS THEREFORE ORDERED that this case shall be and is hereby dismissed.

IT IS FURTHER ORDERED that pursuant to the Agreed Order Granting Motion to Impose Automatic Stay (Dkt. #16) and as a result of this dismissal, the

Debtor shall be prohibited from filing a bankruptcy case in this or any other bankruptcy court for a period of one-hundred and eighty (180) days.

##END OF ORDER##

SUBMITTED BY:

/s/ Melanie T. Vardaman
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
Melanie T. Vardaman (MSB 100392)
6360 I-55 North, Suite 140
Jackson, Miss.  39211
(601) 355-6661
ssmith@barkley13.com